UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ZONGZONG (NICOLE) TAO | ) |
| Plaintiff, | ) Case No. 1:22-cv-1463 |
| v. | ) Removed from Circuit Court of |
| | ) Cook County, Case No. 2022L002109 |
| SIMPLEX INVESTMENTS LLC *et al.* | ) |
| Defendants. | ) |

## NOTICE OF REMOVAL

This Court has original jurisdiction over this case pursuant to 28 U.S.C. §§ 1331 and 1367 because Plaintiff Zongzong Tao ("Plaintiff") alleges violations of the Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000 *et seq.* ("Title VII"), and 42 U.S.C. § 1981 ("§ 1981"), giving this Court federal question jurisdiction.

Accordingly, pursuant to 28 U.S.C. §§ 1441 and 1446, Defendants Simplex Investments LLC ("Simplex"), Erik Swanson, and Matt Zimmerman (collectively "Defendants") file the following Notice of Removal of the above-captioned action from the Circuit Court of Cook County, Illinois, where it is now pending, to the United States District Court for the Northern District of Illinois.

## FACTUAL BACKGROUND

1. Plaintiff initiated this action on March 3, 2022 by filing a judicial complaint in the Circuit Court of Cook County, Illinois, designated as *Tao v. Simplex Investments LLC*, Case No. 2022L002109.

2. Counsel for Simplex received a copy of the Summons and Complaint by email on March 4, 2022, which is the first date upon which Defendants received any copy of the initial

pleading. On March 7, 2022, the undersigned received by e-mail a request for waiver of service on Defendants (the "Waivers"). Copies of the Summons sent to each of the respective Defendants and the Complaint, which are the only pleadings filed in this matter to date, are attached hereto as Group Exhibit A. The Waivers are attached hereto as Group Exhibit B.

3. Plaintiff claims she was discriminated against on the basis of her race/national origin and her gender in violation of Title VII and § 1981. Complaint, ¶ 1. She additionally claims she was discriminated against in violation of the Illinois Human Rights Act, 775 ILCS 5/2 *et seq*. *Id*.

## LEGAL ANALYSIS

4. A civil case brought in a state court may be removed by a defendant to federal court if it could have been brought there originally. 28 U.S.C. § 1441(a).

5. A federal district court has original "federal question" jurisdiction where the plaintiff alleges a violation of federal law. 28 U.S.C. § 1331.

6. This Court also has supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. § 1367.

7. The Circuit Court of Cook County, Illinois, in which this action was commenced, is within this Court's district.

8. This Notice of Removal is being filed within 30 days of Defendants' receipt of the initial pleading by service or otherwise, setting forth the claims for relief upon which this action is based and upon which it could first be ascertained that this case is removable, and is timely filed pursuant to 29 U.S.C. § 1446.

9. Defendants preserve all other bases for removal of this action to this Court.

10. A Notice of Filing of the instant Notice of Removal will be filed with the Circuit Court of Cook County, Illinois, and a copy of this Notice of Removal will be served upon counsel for Plaintiff.

WHEREFORE, Defendants hereby remove the above-described action now pending in the Circuit Court of Cook County, Illinois, to the United States District Court for the Northern District of Illinois.

Dated: March 21, 2022

Respectfully submitted,

*/s/ David B. Ritter*
David B. Ritter
BARNES & THORNBURG LLP
One N. Wacker Drive, Suite 4400
Chicago, Illinois 60606
PH: (312) 214-4862
FX: (312) 759-5646
david.ritter@btlaw.com

Douglas M. Oldham
BARNES & THORNBURG LLP
41 South High Street, Suite 3300
Columbus, Ohio 43215
PH: (614) 628-0096
FX: (614) 628-1433
douglas.oldham@btlaw.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

On this 21st day of March 2022, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system such that it will be served to the following counsel of record through the CM/ECF system and by email.

>Aaron H. Stanton (astanton@burkelaw.com)
>Alexander D. Marks (amarks@burkelaw.com)
>Geneva C. Ramirez (gramirez@burkelaw.com)
>BURKE, WARREN, MACKAY & SERRITELLA, P.C.
>330 North Wabash Avenue, Suite 2100
>Chicago, Illinois 60611-3607

>*/s/ David B. Ritter*