U.S. District Court for the Northern District Of Illinois
Attorney Appearance Form

---

Case Title: Zongzong (Nicole) Tao v. Simplex Investments LLC, Erik Swanson, and Matt Zimmerman

Case Number: 1:22-cv-1463

An appearance is hereby filed by the undersigned as attorney for:

Defendants Simplex Investments LLC, Erik Swanson and Matt Zimmerman

Attorney name (type or print): David B. Ritter

Firm: Barnes & Thornburg LLP

Street address: One N. Wacker Drive, Suite 4400

City/State/Zip: Chicago, Illinois 60606

Bar ID Number: 6190040
(See item 3 in instructions)

Telephone Number: 312-214-4862

Email Address: david.ritter@btlaw.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ | |
| Are you acting as local counsel in this case? | | ✔ |
| Are you a member of the court's trial bar? | ✔ | |
| If this case reaches trial, will you act as the trial attorney? | | ✔ |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
  If appointed counsel, are you
  ☐ Federal Defender
  ☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on March 21, 2022

Attorney signature: S/ David B. Ritter

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015