IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ZONGZONG (NICOLE) TAO, | ) |
| | ) |
| Plaintiff, | ) Case No. 1:22-cv-1463 |
| | ) |
| v. | ) Judge Pacold |
| | ) |
| SIMPLEX INVESTMENTS, LLC, *et al.* | ) |
| | ) |
| Defendants. | ) |

**JOINT STATUS REPORT**

The parties have conferred as required pursuant to Dkt. 22, and jointly submit the following status report:

1. <u>Status on Written Discovery</u>. Plaintiff responded to Defendants' written discovery on May 12, 2022 and provided responsive documents on June 22, 2022 following entry of a protective order. Defendants are in the process of preparing Rule 37 correspondence regarding Plaintiff's responses. Defendants responded to Plaintiff's initial written discovery on June 17, 2022, with the parties currently undertaking Rule 37 correspondence. Further, Defendants are due to respond to Plaintiff's supplemental document production by July 23, 2022.

2. <u>Witnesses Intending to Depose</u>. Thus far, Plaintiff intends to depose Defendants Erik Swanson and Matt Zimmerman, and fact witnesses Scott Losey and Alex Meyer. Plaintiff may seek additional depositions upon receiving Defendants' complete written discovery responses. Thus far, Defendants intend to depose the Plaintiff and her husband.

3. <u>Confirmed Deposition Dates.</u>

September 21, 2022: Plaintiff

September 22, 2022: Swanson

September 23, 2022: Plaintiff's husband

0 = 1 4875-7365-8154

September 28, 2022: Zimmerman

September 29, 2022: Losey

September 30, 2022: Meyer

DATED: July 20, 2022

By: */s/ Alexander D. Marks*
Aaron H. Stanton
Alexander D. Marks
Burke, Warren, MacKay & Serritella, P.C.
N. Wabash Ave., Suite 2100
Chicago, Illinois 60611
astanton@burkelaw.com
amarks@burkelaw.com
*Attorneys for Plaintiff*

By: */s/ David B. Ritter*
David B. Ritter
BARNES & THORNBURG LLP
One N. Wacker Drive, Suite 4400
Chicago, Illinois 60606
PH: (312) 214-4862
FX: (312) 759-5646
david.ritter@btlaw.com

Douglas M. Oldham
BARNES & THORNBURG LLP
41 South High Street, Suite 3300
Columbus, Ohio 43215
PH: (614) 628-0096
FX: (614) 628-1433
douglas.oldham@btlaw.com

*Attorneys for Defendants*